# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2023-1861
Lower Tribunal No. 22-CF-014094

———————————————

CLIFTON LEMANZ SEAWRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
Bruce Kyle, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Howard L. "Rex: Dimmig, II, Public Defender, and Rachel Paige Roebuck, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED